

# Fourth Court of Appeals
## San Antonio, Texas

April 19, 2022

No. 04-21-00568-CV

**EDIFIKA INVESTMENTS, LLC** d/b/a Military Village Apartments,
Appellant

v.

**CHAIN & CHAIN CONSTRUCTION, LLC,**
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-14175
Honorable Nicole Garza, Judge Presiding

# O R D E R

On March 25, 2022, appellant filed a motion for rehearing. After consideration, we request a response to the motion and **order** the response to be filed **by April 29, 2022**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of April, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court